IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-73-D

STEVE D. CARRERAS, )
)
Plaintiff, )
)
v. ) **ORDER**
)
DYNCORP INTERNATIONAL LLC, )
and JONATHAN KIGHT, )
)
Defendants. )

For the reasons stated in defendant Jonathan Kight's memorandum of law in support of his motion to dismiss and in his reply brief, the court GRANTS Kight's motion to dismiss [D.E. 11] and DISMISSES plaintiff's complaint against Kight WITHOUT PREJUDICE.

For the reasons stated in defendant Dyncorp International, LLC's ("Dyncorp") memorandum of law in support of its motion to dismiss and in its reply brief, the court GRANTS Dyncorp's motion to dismiss [D.E. 5] and DISMISSES plaintiff's complaint against Dyncorp WITHOUT PREJUDICE.

Plaintiff may file an amended complaint seeking to cure the defects in his complaint no later than May 19, 2021. If plaintiff fails to file an amended complaint by that date, the clerk shall close the case without further order of this court.

SO ORDERED. This 18 day of March 2021.

JAMES C. DEVER III
United States District Judge