IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-73-D

| | |
|---|---|
| STEVE D. CARRERAS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DYNCORP INTERNATIONAL LLC, et al., | ) |
| Defendants. | ) |

Plaintiff cannot recover under Title VII from his co-worker Jonathan Kight. See, e.g. Lissau v. S. Food Serv., Inc., 159 F.3d 177, 180–81 (4th Cir. 1998). Thus, the court GRANTS Jonathan Kight's motion to dismiss [D.E. 29] and DISMISSES Kight as a defendant.

SO ORDERED. This _15_ day of July 2021.

JAMES C. DEVER III
United States District Judge