IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-73-D

STEVE D. CARRERAS,                )
                                  )
                    Plaintiff,    )
                                  )
        v.                        )        **ORDER**
                                  )
DYNCORP INTERNATIONAL LLC,        )
et al.,                           )
                                  )
                    Defendants.   )

For the reasons stated in defendant Dyncorp International LLC's memorandum of law in support of its motion to dismiss plaintiff's amended complaint [D.E. 28] and in its reply brief [D.E. 33], the court GRANTS defendant Dyncorp International LLC's motion to dismiss [D.E. 27] and DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint for failure to state a claim upon which relief can be granted.

SO ORDERED. This 18 day of November, 2021.

JAMES C. DEVER III
United States District Judge