UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| STEVE D. CARRERAS, )<br>)<br>             Plaintiff, )<br>)<br>v. )<br>)<br>DYNCORP INTERNATIONAL LLC, and )<br>JONATHAN KIGHT, )<br>)<br>             Defendants. ) | **JUDGMENT IN A<br>CIVIL CASE<br>CASE NO. 2:20-CV-73-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on July 15, 2021 the court GRANTED Jonathan Kight's motion to dismiss [D.E. 29] and DISMISSED Kight as a defendant.

IT IS FURTHER ORDERED, AND DECREED that the court GRANTS defendant Dyncorp International LLC's motion to dismiss [DE. 27] and DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on November 18, 2021, and Copies To:**

| | |
|---|---|
| Steve D. Carreras | (via CM/ECF electronic notification) |
| Gerard M. Clodomir | (via CM/ECF electronic notification) |
| Kristine M. Sims | (via CM/ECF electronic notification) |

DATE:

November 18, 2021

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers

Deputy Clerk